Submitted on the record and briefs November 3, judgment of the Tax Court affirmed November 18, 1993

Rolf BETKA,
*Appellant,*

*v.*

DEPARTMENT OF REVENUE,
STATE OF OREGON,
*Respondent,*

*and*

CLACKAMAS COUNTY,
*Intervenor/Respondent.*

(OTC 3337; SC S40140)

861 P2d 1018

Rolf Betka, appellant, filed a brief *pro se*.

No appearance by respondent Department of Revenue.

Scott H. Parker, County Counsel, Oregon City, filed a brief for intervenor/respondent.

PER CURIAM

.

**PER CURIAM**

Appellant taxpayer appeals from a judgment of the Tax Court dismissing his appeal concerning certain property taxes assessed by Clackamas County. The appeal was dismissed, and the taxes subject to the appeal affirmed, on the basis of the taxpayer's failure to appear at a scheduled hearing. On *de novo* review, ORS 305.445, we affirm the judgment of the Tax Court.

The judgment of the Tax Court is affirmed.